UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 35.147.81.4,<br><br>    Defendant. | Civil Case No. 5:24-cv-00565-JKP-HJB |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, subscriber assigned IP address 35.147.81.4 ("Defendant") through his or her counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  August 21, 2024

Respectfully submitted,

By:  /s/ Paul S. Beik
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T:  713-869-6975
F:  713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**

1